THE CITY OF LEESBURG, FLORIDA, a municipal corporation, v. CERTAIN LANDS upon which Taxes or Special Assessments, or Both, are Delinquent; the STATE OF FLORIDA, et al.

21 So. (2nd) 42                                              January Term, 1945
February 27, 1945                                                    Division A

*P. C. Gorman* and *R. P. Hamlin,* for appellant.
*Walter Warren,* for appellees.

PER CURIAM:

The record and the briefs in this case have been examined and we find no reversible error.

Affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.